In the Matter of the Claim of RICHARD KILGORE, Respondent, v. FRANK FRAGOLA, Doing Business as PLAYLAND CASINO, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.